UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAZMINE NUNEZ,**

      **Plaintiff,**

v.                     Case No.  6:23-cv-2074-CEM-RMN

**EDC SERVICES GROUP,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Joint Motion for Settlement Approval (Doc. 20). The United States Magistrate Judge issued a Report and Recommendation (Doc. 23), recommending that the Motion be granted.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 23) is **ADOPTED** and made a part of this Order.

2. The Joint Motion for Settlement Approval (Doc. 20) is **GRANTED**.

3. This case is **DISMISSED with prejudice**.

    4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 21, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record